UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:14-cv-00176-MOC

| | | |
|---|---|---|
| **BRANDON HOLLAND** | ) | |
| **LINDSAY H. MAHAN,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ROSEBORO |
| Vs. | ) | ORDER |
| | ) | |
| **WELLS FARGO HOME MORTGAGE** | ) | |
| **AMERICAN SECURITY MORTGAGE** | ) | |
| **CORPORATION** | ) | |
| **MORTGAGE ELECTRONIC REGISTRATION** | ) | |
| **SYSTEMS, INC.** | ) | |
| **FEDERAL NATIONAL MORTGAGE** | ) | |
| **ASSOCIATION** | ) | |
| **DOES 1 THROUGH 100, INCLUSIVE** | ) | |
| **FANNIE MAE,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on ASMC's Motion to Dismiss (#22). Plaintiffs are advised that they have the right to respond to such motion and present in that writing the reasons why they believe their Complaint should not be dismissed. Such response must be filed within the time provided in this Order for a Response and served on counsel for the moving party and all other counsel of record as evidenced in a certificate of service attached to plaintiffs' Response. Failure to respond may result in dismissal of this action by reason of default.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs file their Response not later January 26, 2015.

Signed: January 16, 2015

Max O. Cogburn Jr.
United States District Judge