# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BRANDON HOLLAND<br>LINDSAY H. MAHAN**,** | )<br>)<br>) | JUDGMENT IN CASE |
| Plaintiff(s), | )<br>) | 5:14-CV-00176-MOC |
| vs. | )<br>) | |
| WELLS FARGO HOME<br>MORTGAGE<br>AMERICAN SECURITY<br>MORTGAGE CORPORATION<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION<br>DOES 1 THROUGH 100, INCLUSIVE<br>FANNIE MAE**,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2015, Order.

                                                   Signed:  February 6, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court