# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Brandon Holland | ) | JUDGMENT IN CASE |
| Lindsay H. Mahan, | ) | |
| | ) | |
| Plaintiff(s), | ) | 5:14-cv-00176-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Home Mortgage | ) | |
| American Security Mortgage | ) | |
| Corporation | ) | |
| Mortgage Electronic Registration | ) | |
| Systems, Inc. | ) | |
| Federal National Mortgage Association | ) | |
| Does 1 through 100, inclusive | ) | |
| Fannie Mae, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2015 Amended Memorandum of Decision and Order of Dismissal.

February 13, 2015

Frank G. Johns, Clerk
United States District Court